IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES NATHANIEL WATTS, 11166-025,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No. 24-cv-1436-JPG |
| **USA,** | ) ) ) |
| **Defendant.** | ) ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED without prejudice** for noncompliance with the Court's Orders and for failure to prosecute, the parties to bear their own costs.

**DATED**: August 13, 2024

MONICA A. STUMP
CLERK of COURT

By: s/ Megan Moyers
   Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
   J. Phil Gilbert
   United States District Judge